FILED
2010 Nov-01  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOHN WHITE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 4:09-CV-278-VEH |
| **RICHARD CARTER,** | ) |
| **Defendant.** | ) |

## <u>O R D E R</u>

On May 26, 2010, the Magistrate Judge's Report and Recommendation was filed. (Doc. 16). No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b), *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendations, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendations are **ACCEPTED**. Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's Motion for Summary Judgment is due to be, and hereby is, **GRANTED** as to Plaintiff's Conditions of Confinement - Dry Cell - Claim and as to Plaintiff's Excessive Force Claim. In all other respects, the Defendant's Motion for Summary Judgment and for qualified immunity is due to be,

and hereby is, **DENIED**.

Magistrate Judge Putnam is hereby **DIRECTED** to appoint counsel to represent *pro bono* Plaintiff at trial as to his remaining claim, specifically, his Conditions of Confinement - Exercise Yard - Claim. Once such counsel has entered an appearance, this matter will be set for a final pretrial conference.

**DONE** and **ORDERED** this the 1st day of November, 2010.

                                                  **VIRGINIA EMERSON HOPKINS**
                                                  United States District Judge